# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2019

157206-9 (85)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

RAINBOW CONSTRUCTION, INC.,
      Plaintiff/Counterdefendant-
      Appellant/Cross-Appellee,

v

TOWNSHIP OF HOWELL,
      Defendant/Counterplaintiff-
      Appellee/Cross-Appellant.

_____/

SC: 157206-9
COA: 332621; 333336;
    335140; 335142
Livingston CC: 12-026975-CK

On order of the Court, the motion for reconsideration of this Court's July 3, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2019



Clerk

t0128